UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO TRINIDAD GARCIA-GALLO,<br>Defendant. | Case No. 2:26-cr-00199-JAD-EJY<br>**ORDER** |

IT IS THEREFORE ORDERED that the plea and sentencing hearing currently scheduled for November 16, 2026, at 1:30 p.m., be vacated and continued to January 20, 2027, at the hour of 11:00 am.

DATED this 27th day of October, 2026.

UNITED STATES DISTRICT JUDGE